IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL BRIDGEFORTH,

        Petitioner,               No. CIV S-01-0679 DFL JFM P

   vs.

A. C. NEWLAND, et al.,

        Respondents.        <u>ORDER</u>

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order dated August 5, 2005, respondents were directed to file additional transcripts and a supplemental answer within thirty days. On September 20, 2005, respondents filed a request for extension of time to respond to the August 5, 2005 order.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondents' August 5, 2005, request for extension of time is granted; and

        2. Respondents shall lodge the transcripts of all motions for substitution of counsel

/////
/////
/////

1

1  held in this case and a supplemental answer responding to all of petitioner's <u>Marsden</u> claims

2  within thirty days from the filed date of this order.

3  DATED: October 11, 2005.

4

5  _____
UNITED STATES MAGISTRATE JUDGE

6

7

8  JFM:bridg0678.o

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26