IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL BRIDGEFORTH,

    Petitioner,                 No. CIV S-01-0679 DFL JFM P

   vs.

A. C. NEWLAND, et al.,

    Respondents.             ORDER

                                     /

          Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order dated August 5, 2005, respondents were directed to file additional transcripts and a supplemental answer within thirty days. In response to that order, respondents lodged several documents with the court. However, on November 10, 2004, respondents requested thirty additional days to have certain state court proceedings transcribed and lodged. Good cause appearing, that request will be granted.

          Good cause appearing, IT IS HEREBY ORDERED that respondents shall file all documents responsive to the August 5, 2005, order by December 15, 2005.

DATED: November 17, 2005.

                                       UNITED STATES MAGISTRATE JUDGE

008;brid0679.ext

1