IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL BRIDGEFORTH,

      Petitioner,                    No. CIV S-01-0679 RRB JFM P

  vs.

A. C. NEWLAND, et al.,

      Respondents.              <u>ORDER</u>

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 18, 2005, respondents were ordered to file certain documents with the court by December 15, 2005. On November 30, 2005, petitioner filed a letter to the court in which he clarifies certain factual matters relevant to this order. Petitioner states that he was transferred to another prison without his legal materials and that he is currently on "quarantine" and "can't move around." He requests that the court serve a copy of his November 30, 2005 letter on respondents. Good cause appearing, that request will be granted.

///

///

///

1

1    Accordingly, IT IS HEREBY ORDERED that the Clerk of Court serve
2 petitioner's November 30, 2005 letter on respondents.
3 DATED:  December 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

JFM:bridg679.serve