IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL BRIDGEFORTH,

    Petitioner,                  No. CIV S-01-0679 RRB JFM P

    vs.

A.C. NEWLAND, et al.,

    Respondents.               ORDER

_____/

    Petitioner is a state court prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 12, 2006, this court issued findings and recommendations which recommended that the petition be denied. Petitioner has requested an extension of time to file and serve objections to the January 12, 2006, findings and recommendations. This request will be granted. Petitioner also requests that this court obtain transcripts from the state trial court which he contends are necessary to a determination of the Marsden claim raised in his habeas corpus petition. This request will be denied for lack of good cause shown. Petitioner has failed to establish that the state court proceedings to which he refers are necessary to or dispositive of the Marsden claim raised in the habeas petition.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's February 3, 2006, request that the court obtain state court transcripts is denied;

2. Petitioner's February 3, 2006, request for an extension of time is granted; and

3. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the January 12, 2006, findings and recommendations.

DATED: February 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp:8
brid0679.111