IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL BRIDGEFORTH,

    Petitioner,                      No. CIV S-01-0679 RRB JFM P

    vs.

A.C. NEWLAND, et al.,

    Respondents.                ORDER

_____/

        Petitioner has filed his second request for an extension of time to file and serve objections to the January 12, 2006 findings and recommendations and a request that this court order production of a transcript of state court proceedings held on August 5, 1998 in the matter of the People of the State of California v. Joel Bridgeforth, case No. 96F09077. Good cause appearing, both requests will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within thirty days from the date of this order, respondents shall lodge and serve on petitioner the transcript of the August 5, 1998 proceedings described in Exhibit A to petitioner's March 15, 2006 application for enlargement of time and request "for additional lodgings;" and

/////

1          2. Petitioner is granted sixty days from the date of this order in which to file and
2  serve objections to the January 12, 2006 findings and recommendations. No further extensions
3  of time will be granted.
4  DATED: March 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

8/mp; bridge679.111sec