**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL BRIDGEFORTH,<br><br>　　　　Petitioner,<br><br>vs.<br><br>A.C. NEWLAND, et al.,<br><br>　　　　Respondents. | No. 2:01-CV-0679-RRB-JFM-P<br><br>**ORDER** |

　　　　Before the Court is Petitioner Joel Bridgeforth ("Petitioner"), a state prisoner proceeding pro se, with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Docket No. 1). The matter was referred to United States Magistrate Judge John F. Moulds pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

　　　　On January 12, 2006, Magistrate Judge Moulds filed Findings and Recommendations (Docket No. 28) herein, which were served on all parties, and which contained notice to all parties that any objections to the same were to be filed within twenty

ORDER GRANTING RESPONDENTS' MOTION TO DISMISS - 1
2:01-CV-0679-RRB-JFM

days. Petitioner has filed objections to the Findings and Recommendations (Docket No. 34).[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Court: (1) requested, received, and reviewed copies of the original pleadings; and (2) conducted a de novo review of the case. Having carefully reviewed the entire file, including the transcript of state court proceedings lodged on April 28, 2006, the Court finds the Magistrate's Findings and Recommendations (Docket No. 28) to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations (Docket No. 28) filed January 12, 2006, are adopted in full; and

2. Petitioner's application for writ of habeas corpus (Docket No. 1) is **DENIED**.

ENTERED this 21st day of July, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1] On March 15, 2006, Petitioner also filed a request for production of a transcript of state court proceedings held on August 5, 1998 (Docket No. 31); wherein, he argued that the transcript was relevant to his claim pursuant to People v. Marsden, 2 Cal. 3d 118 (Cal. 1970). Magistrate Judge Moulds granted Petitioner's request (Docket No. 32), and the transcript was lodged on April 28, 2006 (Docket No. 33).

ORDER GRANTING RESPONDENTS' MOTION TO DISMISS - 2
2:01-CV-0679-RRB-JFM-P