IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL BRIDGEFORTH,

    Petitioner,                    No. CIV S-01-0679 RRB JFM P

    vs.

A. C. NEWLAND, et al.,

    Respondents.               ORDER

_____/

On July 31, 2006, petitioner filed a motion for appointment of counsel and a "request for judicial notice." This petition for writ of habeas corpus was dismissed on July 26, 2006. Documents filed by petitioner since the closing date, with the exception of documents related to an appeal, will be disregarded and no orders will issue in response to future filings.

DATED: August 21, 2006.

UNITED STATES MAGISTRATE JUDGE

008:bridge679.dis