**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL BRIDGEFORTH,<br><br>    Petitioner,<br><br>vs.<br><br>A.C. NEWLAND, et al.,<br><br>    Respondents. | No. 2:01-CV-0679-RRB-JFM-P<br><br>**ORDER** |

Before the Court is Petitioner Joel Bridgeforth ("Petitioner"), a state prisoner proceeding pro se, with a Motion for Request for Certificate of Appealability (Docket No. 41), pursuant to 28 U.S.C. § 2253(c)(2).

In order to be entitled to a certificate of appealability, a petitioner must make "a substantial showing of the denial of a constitutional right."[1] To meet this standard, "[t]he petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable

---

[1]    28 U.S.C. § 2253(c)(2).

ORDER GRANTING PETITIONER'S REQUEST FOR CERTIFICATE OF APPEALABILITY - 1
2:01-CV-0679-RRB-JFM-P

or wrong."[2]  Although the undersigned remains comfortable with its decision in this matter, there may be room for debate.

As a consequence, because: (1) the "[d]eprivation of the right [to counsel] is 'complete' when the defendant is erroneously prevented from being represented by the lawyer he wants . . . ."[3]; and (2) the Court concludes reasonable jurists could debate whether Petitioner's fundamental right to counsel was violated, given the specific facts of this case, Petitioner's Motion for Request for Certificate of Appealability at **Docket No. 41** is hereby **GRANTED**.

ENTERED this 2nd day of October, 2006.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[2] Slack v. McDaniel, 529 U.S. 473, 484-85 (2000) ("To obtain a [certificate of appealability] under § 2253(c), a habeas prisoner must make a substantial showing of the denial of a constitutional right, a demonstration that . . . includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'") (citation omitted).

[3] United States v. Gonzalez-Lopez, 126 S. Ct. 2557, 2563 (2006).

ORDER GRANTING PETITIONER'S REQUEST FOR CERTIFICATE OF APPEALABILITY - 2
2:01-CV-0679-RRB-JFM-P